# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

SAMBA DIOP MBENGUE,

    Petitioner,

    v.

DHS/OPLA,

    Respondent.

No. 5:26-cv-02870-JFW-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Magistrate Judge's Report and Recommendation and the record in this matter. The Court accepts the recommendations of the Magistrate Judge insofar as it recommends ordering a bond hearing.

ACCORDINGLY, IT IS ORDERED:

1. Petitioner shall be released from immigration detention unless he is provided with a constitutionally adequate bond hearing within ten days of this order;

2. Respondent shall file a status report on or before **July 28, 2026,** confirming its compliance with the Court's order.

The Court will address the balance of the Report and Recommendation by separate order, once the Petitioner's period for objections has passed.

DATED:  July 10, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2