**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

SAMBA DIOP MBENGUE,
Petitioner,
v.
DHS/OPLA,
Respondent.

No. 5:26-cv-02870-JFW-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court previously accepted the portion of the R&R that granted a bond hearing. No objections have been filed to the balance of the R&R, and therefore, the Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted in full;
2. Judgment shall be entered consistent with this Order; and

3. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: August 21, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE