JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| SAMBA DIOP MBENGUE,<br>Petitioner,<br>v.<br>DHS/OPLA,<br>Respondent. | No. 5:26-cv-02870-JFW-BFM<br>**JUDGMENT** |

The Petition is granted in part and denied in part, as stated in the Orders Accepting the Magistrate Judge's Report and Recommendation. Judgment is hereby entered, and the Deputy Clerk is instructed to close the case.

DATED: August 21, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE